FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT PERDUE, PATRICIA PERDUE, and "SCOUT", | No. 4:19-CV-05221-SAB |
| Plaintiffs, | |
| v. | **ORDER CLOSING FILE** |
| POSTMASTER PASCO, | |
| Defendant. | |

The Court has been notified by *pro se* Plaintiffs that they no longer wish for the Court to consider their Second Motion for Reconsideration. *See* ECF No. 18.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' construed Second Motion for Reconsideration, ECF No. 17, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to Plaintiffs and counsel, and **close this file**.

**DATED** this 8th day of April 2020.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE * 1**